# EXHIBIT A

| Safavieh MNC243F | Infringing Design |
|---|---|
| |  |

MNC243F-5-3DROOM.jpg        B0C14Z199V.jpg