# EXHIBIT B

# Links to Amazon,
## Amazon Seller Identification Number,
## Amazon Standard Identification Numbers (ASINs)
## For the New Infringing Designs

A. Amazon Link to Infringing Design that Infringes Safavieh Design MNC243:

[Amazon.com: Bohemian Medallion Chic Area Rug,3'X 5' Green Living Room Bedroom Dining Room Non-Slip Backing Soft Faux Wool Floor Carpet for Kitchen Bedroom Bathroom Dining Room : Home & Kitchen](#)

Amazon Seller ID: A1CF8LM818KBQW

ASINs related to Infringing Design:

    B0BTRKK62M
    B0BTRKVYDX
    B0BTRMQ22M
    B0BTRP5PSZ
    B0BTRPKPWB
    B0BTRPN9KV
    B0BTRQ8WM4
    B0BTRQZFV8
    B0BTRR4BS1
    B0BTRRF5H4
    B0BTRS5MNJ
    B0BTRSM893
    B0BTRTJWXC
    B0BTRW4VXK
    B0BTS135VT
    B0BTS18CMD
    B0BTS1G23V
    B0BTS3GLKB
    B0BTSC5XHP
    B0C14X7P6X
    B0C14XYQW4
    B0C14Y7XW7
    B0C14Z199V

B0C14ZVXQY
B0C1511NG2
B0C151RD1D
B0C1526DSJ
B0C1526LKY
B0CQCJ5CSV
B0CQCP1BQM
B0CQCPRS6H
B0CRB2K9DV